# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS IVORY, | ) |
| Plaintiff, | ) |
| vs. | ) 2:08-cv-2307-IPJ-TMP |
| HAROLD D. ROBINSON, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 4, 2009, recommending that this action be dismissed as frivolous, for failing to state a claim upon which relief can be granted, and for seeking monetary relief from defendant who are immune from suit, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The plaintiff filed objections on June 24, 2009, which the court has considered.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the plaintiff's objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as frivolous, for failing to state a claim upon which relief can be granted, and for seeking monetary relief from defendants who are immune from suit, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

**DATED**, this 1st day of July, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE